August 19, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

## IN THE MATTER OF THE MARRIAGE OF ISIS SPENCER BUTTS AND RICKEY SHARNARD BUTTS

NO. 14-13-00536-CV

_____

This cause, an appeal from the Final Decree of Divorce, signed December 19, 2012, was heard on the transcript of the record. We have inspected the record and find the trial court erred in ordering appellant Rickey Sharnard Butts to pay child support of $800 per month to appellee Isis Spencer Butts. We therefore order that portion of the judgment awarding child support **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.